**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| BRUCE VERDUYN, derivatively on behalf of Nominal Defendant, MIVA, Inc., formerly known as FINDWHAT.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CRAIG PISARIS-HENDERSON, BRENDA AGIUS, FREDERICK E. GUEST, II, PHILLIP R. THUNE, SEBASTIAN BISHOP, DANIEL B. BREWSTER, JR., GERALD W. HEPP, CHARLES ROTHSTEIN and LEE SIMONSON, <br><br> Defendants, <br><br> and <br><br> MIVA, Inc., formerly known as FINDWHAT.COM, INC., <br><br> Nominal Defendant. | Case No. _____ <br><br> 2:05-cv-353-FtM-29DNF <br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br><br> **JURY TRIAL DEMANDED** |

Plaintiff Bruce Verduyn ("Plaintiff" or "Verduyn") files this Verified Shareholder Derivative Complaint and alleges on information and belief, except as to those allegations that pertain to Plaintiff, which are alleged on personal knowledge, as follows:

**NATURE OF THE COMPLAINT**

1.      This is a shareholder derivative action brought by a shareholder of MIVA, Inc., formerly known as FindWhat.com, Inc. ("FindWhat.com" or the "Company") on behalf of the Company against certain of its officers and directors seeking to remedy

SCANNED

Director Defendants' violations of state law, including breaches of fiduciary duties, abuse of control, gross mismanagement, waste of corporate assets and unjust enrichment that occurred from January 5, 2004, through May 4, 2005, inclusive, (the "Relevant Period") and that have caused substantial losses to FindWhat.com and other damages, such as to its reputation and goodwill.

2.     As discussed in more detail below, Defendants issued, or caused to be issued, false and misleading statements during the Relevant Period to artificially inflate the value of FindWhat.com stock. Once the stock's value had reached its orchestrated limit, Defendants exercised their stock options and cashed-out by selling their shares to the deceived public. FindWhat.com now admits that it has six serious, material weaknesses in its accounting procedures and internal control policies. As a result of this, its improper revenue recognition and failure to properly value the goodwill associated with its acquisitions in 2004, the Company's independent auditor, Ernest & Young, notified the Company of its resignation on April 26, 2005. Today, the Company is without an independent public auditor, its Chief Financial Officer, Defendant Agius, has been forced out of the Company and its internal control problems persist. During the Relevant Period, Defendants and other Company insiders knew, or recklessly disregarded the Company's inadequate internal control problems to facilitate the false impression of financial success to investors. While Defendants had misled the investing public and inflated the value of FindWhat.com's stock during the Relevant Period, insiders sold 680,959 shares for personal proceeds of $11,320.179.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331(a)(2) as a Federal question exists.

4.     Also, this Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(2) in that Plaintiff and Director Defendants are citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interests and costs.

5.     This action is not a collusive one designed to confer jurisdiction on a court of the United States which it would not otherwise have.

6.     Venue is proper in this district because a substantial portion of the transactions and wrongs complained of herein, including the Director Defendants' primary participation in the wrongful acts detailed herein, occurred in this district, and FindWhat.com maintained its corporate headquarters in this District during the Relevant Period.  Further, at least Defendant Pisaris-Henderson either resides in or maintains executive offices in this district, and has received substantial compensation in this district by engaging in numerous activities and conducting business here, which had an effect in this district.

## THE PARTIES

7.     Plaintiff Bruce Verduyn is a citizen of the state of Texas.  Plaintiff is and was at all relevant times, a shareholder of Nominal Defendant FindWhat.com.

8.     Defendant MIVA, Inc., formerly known as FindWhat.com, Inc. has its principal offices located at 5220 Summerlin Common Blvd, Suite 500, Fort Myers, FL 33907. In June, 2004, the Company changed its name to Miva, Inc.  The Company provides the following description of itself on its website:

FindWhat.com, Inc. (NASDAQ: FWHT) is a global leader in developing and providing performance-based marketing and commerce enabling services that help businesses grow.

FindWhat.com is set up to operate through the following divisions:

1.   Marketing Services: comprised of the FindWhat.com Network$^{TM}$, a performance-based, keyword-targeted advertisement service that distributes millions of advertisements throughout the Internet each day; FindWhat.com Private Label service, which offers large companies the opportunity to brand and sell their own performance-based, keyword-targeted advertising service using FindWhat.com's turn-key operation, or parts thereof; and the Espotting Network, a leading performance-based marketing company in Europe, operating keyword--targeted-advertisement-services in the United Kingdom, France, Germany, Spain, Italy, Sweden, Norway and Denmark.

2.   Primary Traffic: currently offered through Comet Systems, by which the Company establishes a direct relationship with Internet users by, for example, providing connected desktop consumer software. This provides a direct source of traffic for the Company's advertisers, and the opportunity for the Company to optimize paid listings opportunities on the Internet.

3.   Merchant Services: a set of commerce enabling products and services that help online businesses capitalize on opportunities unique to transacting business on the Internet, including Miva®, a leading online platform of software and services for small to medium-sized enterprises.

Other Company Details

FindWhat.com is headquartered in Fort Myers, FL (US), and also has offices in New York, NY; Boston, MA; New Jersey; San Diego, CA; London, England; Paris, France; Madrid, Spain; Hamburg, Germany; Munich, Germany; Milan, Italy; Treviso, Italy; Stockholm, Sweden; Oslo, Norway and Denmark. As of July 1, 2004, FindWhat.com has approximately 440 employees.

9.   Craig Pisaris-Henderson ("Pisaris-Henderson") is a resident of the State of Florida. He has served on the Board of Directors since June 2002.   He is currently the Chairman of the Board of Directors and the Company's Chief Executive Officer.   He

served as the Company's President from 1999 to 2004, and as the Chief Technology Officer from 1999 until 2001.

10.     Phillip R. Thune ("Thune") is a resident of the State of Florida. He has served on the Board of Directors since January 2002. He is the Company's President and Chief Operating Officer. He served as the Chief Financial Officer from 2000 to 2004.

11.     Brenda Agius ("Agius") is a resident of the State of Florida. She served as the Company's Chief Financial Officer from June 2004 to May 2, 2005 and served as the Senior Vice-President of Finance prior to becoming CFO.

12.     Sebastian Bishop ("Bishop") is a resident of the State of Florida. He has served on the Board of the Company since September 2004. He is the Company's Chief Marketing Officer.

13.     Daniel B. Brewster, Jr. ("Brewster") is believed to be a resident of the State of New York. He has served on the Board of the Company since December 2003.

14.     Frederick E. Guest, II ("Guest") is a resident of the State of Florida. He has served on the Board of the Company since April 2001.

15.     Gerald W. Hepp ("Hepp") is believed to be a resident of the State of Michigan. He has served on the Board of the Company since December 2004.

16.     Charles Rothstein ("Rothstein") is believed to be a resident of the State of Michigan. He has served on the Board of the Company since July 2004.

17.     Lee Simonson ("Simonson") is believed to be a resident of the State of New York. He has served on the Board of the Company since December 2003.

18.    Defendants Pisaris-Henderson, Thune, Agius, Bishop, Brewster, Guest, Hepp, Rothstein, and Simonson are hereafter collectively referred to as the Individual Defendants.  Defendants Pisaris-Henderson, Thune, Bishop, Brewster, Guest, Hepp, Rothstein, and Simonson are hereafter collectively referred to as the Director Defendants. Defendants Pisaris-Henderson, Guest and Thune are hereafter collectively referred to as the Insider Trading Defendants.

19.    Because of the Individual Defendants' positions with the Company, they had access to the adverse undisclosed information about its business, operations, products, operational trends, financial statements, markets and present and future business prospects via access to internal corporate documents (including the Company's operating plans, budgets and forecasts and reports of actual operations compared thereto), conversations and connections with other corporate officers and employees, attendance at management and Board of Directors meetings and committees thereof and via reports and other information provided to them in connection therewith.

20.    Each of the above officers and directors of FindWhat.com by virtue of their high-level positions with the Company, directly participated in the management of the company, was directly involved in the day-to-day operations of the Company at the highest levels and was privy to confidential proprietary information concerning the Company and its business operations, products, growth, financial statements and financial condition, as alleged herein.  Said Individual Defendants were involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein, were aware or recklessly disregarded the false and

misleading statements being issued regarding the company, and approved or ratified these statements.

21.    As officers and director persons of a publicly-held company whose common stock was and is registered with the SEC, traded on the NASDAQ during the Relevant Period, and governed by the provisions of the federal securities laws, the Individual Defendants each had a duty to disseminate promptly, accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, products, markets, management, earnings and present and future business prospects, and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of the Company's publicly-traded securities would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Relevant Period violated these specific requirements and obligations.

22.    The Individual Defendants participated in the drafting, preparation and/or approval of the various public reports and other communications complained of herein and were aware of, or recklessly disregarded, the misstatements contained therein and omissions therefrom, and were aware of their materially false and misleading nature. Because of their Board membership and/or executive and managerial positions with FindWhat.com, each Individual Defendant had access to the adverse undisclosed information about FindWhat.com's business prospects and financial condition and performance as particularized herein, and knew (or recklessly disregarded) that these adverse facts rendered the positive representations made by or about FindWhat.com and its business issued or adopted by the Company materially false and misleading.

23.    The Individual Defendants, because of their positions of control and authority as officers and/or directors of the Company, were able to and did control the content of the various SEC filings, press releases and other public statements pertaining to the Company during the Relevant Period. Each Individual Defendant was provided with copies of the documents alleged herein to be misleading prior to or shortly after their issuance and/or had the ability and/or opportunity to prevent their issuance or cause them to be corrected.    Accordingly, each of the Individual Defendants is responsible for the accuracy of the public reports and releases detailed herein, and is therefore primarily liable for the representations contained therein.

24.    Each of the Individual Defendants is liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme deceived the investing public regarding FindWhat.com's business, finances, financial statements and the intrinsic value of FindWhat.com's common stock, thereby causing the Company harm through the waste of corporate assets and being subject to a "liar's discount" when seeking capital from the various financial markets.

## SUBSTANTIVE ALLEGATIONS

### A.    The Relevant Period Begins

25.    The Relevant Period begins on January 5, 2004. On that date, FindWhat.com completed its acquisition of Miva Corporation. The press release titled "Findwhat.Com And Miva Corporation Announce Completion Of Acquisition" issued that day stated:

> FindWhat.com (NASDAQ: FWHT), a leading developer and provider of
> performance-based-marketing    services    for    the    Internet    today

announced the completion of its acquisition of Miva Corporation, a
leading supplier of e-commerce software and services to small and
medium-sized businesses. Under the terms of the agreement,
announced September 3, 2003, FindWhat.com has acquired Miva for
approximately $8.0 million, with Miva shareholders receiving
approximately $2.7 million in cash and approximately 165,000 shares
of FindWhat.com common stock, while FindWhat.com assumes
approximately $2.5 million in Miva liabilities.

\*    \*    \*

"We continue to be very impressed with Miva's ability to provide best-
of-breed e-commerce applications to the SME marketplace," said Craig
Pisaris-Henderson, chairman and CEO of FindWhat.com. "We look
forward to working on integrating our products, and providing a
scalable and customizable solution for online businesses globally."

26.    On February 9, 2004, the Individual Defendants caused the Company to

issue a press release titled "FindWhat.com Announces Record Fourth Quarter Results -

EPS Of $0.15; Revenue Increases 57% Versus Q4 2002; Company Announces 2004

Guidance." The release contained the following relevant statements and guidance:

- Revenue in Q4 2003 increased 57% versus Q4 2002, and was
  more than $700,000 ahead of the Company's previously-
  announced guidance. FindWhat.com has increased revenue
  sequentially for 17 consecutive quarters.

- In Q4 2003, FindWhat.com generated pre-tax diluted EPS of $0.24,
  exceeding the Company's previously-announced guidance of
  $0.23. The Company has increased pre-tax income sequentially for
  11 consecutive quarters.

- Cash and cash equivalents at December 31, 2003 exceeded $59.2
  million. FindWhat.com has no long-term debt.

FindWhat.com reported record revenue in Q4 2003 of $21.0 million, an
increase of 57% versus Q4 2002 revenue of $13.4 million. For the year
ended December 31, 2003, FindWhat.com reported record revenue of
$72.2 million, a 69% increase over full year 2002 revenue of $42.8
million.

FindWhat.com reported net income in Q4 2003 of $3.5 million, or $0.15
per diluted share, which reflected an effective tax rate of 38%. In Q4
2002, net income was $2.7 million, or $0.14 per diluted share, which

reflected an effective tax rate of 28%. For the year ended December 31, 2003, FindWhat.com reported net income of $11.8 million, or $0.53 per diluted share, which reflected an effective tax rate of 38%. For the year ended December 31, 2002, FindWhat.com's net income was $10.7 million, or $0.56 per diluted share, which reflected an effective tax rate of just 3%, primarily due to the utilization of net operating losses during 2002.

Given the changes in FindWhat.com's effective tax rate over the last eight quarters, and in order to provide meaningful comparisons with prior periods, the Company notes that pre-tax income in Q4 2003 was a record $5.6 million, or $0.24 per diluted share, an increase of 50% versus Q4 2002 pre-tax income of $3.7 million, or $0.19 per diluted share. For the year ended December 31, 2003, FindWhat.com reported record pre-tax income of $18.9 million, or $0.85 per diluted share, an increase of 70% versus pre-tax income of $11.1 million, or $0.58 per diluted share, for the year ended December 31, 2002.

*       *       *

2004 Guidance

FindWhat.com currently expects full year 2004 revenue of approximately $95.0 million, representing a 32% increase over full year 2003 revenue of $72.2 million.

For the full year 2004 FindWhat.com anticipates approximately $15.0 million in net income, or $0.60 per diluted share, which assumes approximately 25.0 million diluted shares outstanding.

27.    Commenting on the financial results, Defendant Pisaris-Henderson stated:

2003 was a pivotal year for FindWhat.com, as we aggressively expanded our capabilities and began to announce initiatives that more clearly articulate our ambitions. We currently are pursuing a three-pronged growth strategy: 1) continue to build our core U.S. business, the FindWhat.com Network; 2) further leverage our expertise and experience by offering our private label service to industry leaders throughout the world to prove that our model is not only highly scalable, but also applicable for partners in both local and international markets, no matter how large they are and what language they speak; 3) expand beyond marketing services to offer online businesses a broader suite of products, such as merchant services through our acquisition of Miva. I am also pleased to report our team continues to grow at a rate necessary to support our strategic initiatives, from 115 people at the beginning of 2003 to 182 at the start of 2004, which includes 21 very talented individuals in San Diego from our acquisition

of Miva. The continued success of FindWhat.com rests on the 100% effort and enthusiasm generated by this extraordinary group. In 2004, we intend to continue our strategy to expand into complementary products and services through additional acquisitions or alliances with the best-of-the-best in their respective industries and/or geographies.

28.     Defendant Pisaris-Henderson continued:

We believe we can capitalize on the assets of Miva as the year progresses to improve our combined offerings to small and medium sized enterprise (SMEs), creating an intuitive service that both finds prospects for our managed advertisers and helps those businesses convert those prospects into sales.

29.     On March 5, 2004, the Individual Defendants caused the Company to file with the SEC a Form 10-K for the period ending December 31, 2003, containing the information released to the market in the January 5, 2004 press release. The Form 10-K was signed by the Individual Defendants, and was certified by Defendants Thune and Pisaris-Henderson pursuant to Sections 302 and 906 of the Sarbanes-Oxley Act of 2002.

30.     The Form 10-K included the following summary discussion of the Company's significant accounting policies:

USE OF ESTIMATES AND CRITICAL ACCOUNTING POLICIES

This Management's Discussion and Analysis of Financial Condition and Plan of Operation are based upon our consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States. When preparing our consolidated financial statements, we make estimates and judgments that affect the reported amounts on our balance sheets and income statements, and our related disclosure about contingent assets and liabilities. We continually evaluate our estimates, including those related to allowance for doubtful accounts and valuation allowance for deferred income tax assets. We base our estimates on historical experience and on various other assumptions which we believe to be reasonable in order to form the basis for making judgments about the carrying values of assets and liabilities that are not readily ascertained from other sources. Actual results may deviate from these estimates if alternative assumptions or conditions are used.

Revenue

We derive revenue primarily from the following sources: through click-throughs on keyword ads on the FindWhat.com Network, and from management fees generated from click-throughs from our private label agreements. Revenue from click-throughs is recognized when generated. Management fees are recognized as the service is rendered. Deferred revenue represents advertiser prepayment deposits.

We have entered into agreements with various websites to display FindWhat.com Network keyword-targeted ads. We pay a fee to the websites that list our results for each click-through on a FindWhat.com Network advertiser listing. In accordance with the guidance of Emerging Issue Task Force No. 99-19, "Reporting Revenue Gross as a Principal Versus Net as an Agent," the revenues related to these click-throughs on keyword ads are reported gross of the fees paid in the Consolidated Financial Statements, as we are the primary obligor and are responsible for the fulfillment of the services.

On our private label agreement we recognize revenue in accordance with the contractual revenue share described in the agreement as the services are rendered. Following the guidance of Emerging Issue Task Force No. 99-19, "Reporting Revenue Gross as a Principal Versus Net as an Agent," we recognize private label revenues at net.

Allowance for Doubtful Accounts

We maintain allowances for doubtful accounts for estimated losses resulting from non-payments by our billable advertisers for services rendered. Most of our advertisers prepay for services. The allowance for doubtful accounts was approximately $223,000 at December 31, 2003. The allowance for doubtful accounts is an estimate calculated based on an analysis of current business and economic risks, customer credit-worthiness, specific identifiable risks such as bankruptcies, terminations or discontinued customers, or other factors that may indicate a potential loss. The allowance is reviewed on a monthly basis to ensure that it adequately provides for all reasonably expected losses in the receivable balances. An account may be determined to be uncollectible if all collection efforts have been exhausted, the customer has filed for bankruptcy and all recourse against the account is exhausted, or disputes are unresolved and negotiations to settle are exhausted. This uncollectible amount is written off against the allowance. If our billable advertisers were to contest amounts legitimately owed to us, or if their ability to pay our invoices were to suffer, resulting in the likelihood that we would not be paid for services rendered, additional allowances may be necessary

which would result in an additional general and administrative expense in the period such determination was made.

<u>Note receivable</u>

We advanced $2 million of cash to Espotting in June 2003, in the form of an unsecured promissory note bearing interest at 5% per annum. We evaluate the collectibility of this note and related interest receivable, at the end of each reporting period, or sooner if information comes to our attention. On February 9, 2004, we amended the maturity date of the note to require that the monies be repaid to us on the earliest of three dates: the day we consummate the merger, the day we terminate the proposed merger or July 31, 2004. We believe that the monies are collectible either by a reduction of the cash proceeds we will pay to Espotting, or we will be able to collect from Espotting's funds on hand, based on our knowledge of their financial condition. If the merger is not consummated and Espotting's financial condition deteriorates, or they are unwilling to pay us, we may incur a loss of all or a portion of this receivable.

<u>Deferred Costs</u>

We defer acquisition-related costs related to acquisitions and mergers which we are seriously pursuing. At December 31, 2003, we had deferred $2.4 million of such costs. If we consummate the acquisitions, then the costs will become part of the purchase price. If we terminate our efforts with respect to a particular transaction or believe that the deal will not be consummated for other reasons, then the costs would be immediately expensed. As we pursue a target, we are continually evaluating the future prospects, opportunities and risks, the price to be paid and the seller's willingness to continue in negotiations leading to consummation. Similarly, we evaluate these matters surrounding each individual acquisition target, in determining whether these deferred costs should continue to be deferred, or whether they should be expensed. If the acquisition or merger is not consummated, we will recognize a charge in our statement of operations for all of the associated costs.

31.    On April 26, 2004, the Individual Defendants caused the Company to announce record first quarter results via press release containing the heading - "Revenue Increases 56% Versus Q12003; Raises 2004 Guidance." It also stated, in relevant part:

Revenue in Q1 2004 increased 56% versus Q1 2003, and was approximately $2.7 million ahead of the Company's previously-announced guidance. FindWhat.com has increased revenue sequentially for 18 consecutive quarters.

In Q1 2004, FindWhat.com generated adjusted pre-tax diluted EPS of $0.27, exceeding the Company's previously-announced guidance of $0.22. The Company has increased adjusted pre-tax income and EBITDA sequentially for 12 consecutive quarters.

Full year financial guidance for 2004 has been raised, in part due to the acquisition of Comet Systems which closed on March 22, 2004, and the expected closing of the merger with Espotting in July 2004.

Cash and cash equivalents at March 31, 2004 were approximately $55.2 million. FindWhat.com has $158,000 of long-term debt, and $10.0 million available to borrow under its new line of credit.

FindWhat.com reported record revenue in Q1 2004 of $24.7 million, an increase of 56% versus Q1 2003 revenue of $15.8 million.

FindWhat.com reported net income in Q1 2004 of $3.8 million, or $0.16 per diluted share, an increase of 41% versus Q1 2003 net income of $2.7 million, or $0.13 per share.

FindWhat.com's Q1 2004 results include a full quarter of results from Miva®, which was acquired on January 1, 2004, and nine full days of results from Comet Systems, which was acquired on March 22, 2004.

\*  \*  \*

The Company notes that EBITDA in Q1 2004 was a record $6.8 million, an increase of 49% versus Q1 2003 EBITDA of $4.6 million. Adjusted pre-tax income in Q1 2004 was a record $6.4 million, or $0.27 per diluted share, an increase of 48% versus Q1 2003 adjusted pre-tax income of $4.3 million, or $0.20 per diluted share.

\*  \*  \*

Projected Results

FindWhat.com currently expects full year 2004 revenue of approximately $174 million, representing a 141% increase over full year 2003 revenue of $72 million.

For the full year 2004 FindWhat.com anticipates approximately $31.5 million in adjusted pre-tax income, or $1.08 per diluted share, which

assumes approximately 29.2 million average diluted shares outstanding.

32.     Commenting in the release, Defendant Pisaris-Henderson stated:

It is with extreme pride that we announce our outstanding Q1 2004 results today. During the quarter, we began the process of integrating and launching a number of exciting new opportunities for our company, including the acquisitions of Miva and Comet Systems, and, with Verizon, taking a leadership position in the local search marketplace with the debut of our private label initiative with Verizon's SuperPages.com. We have announced several other pending deals which we continue to work on, and which we expect to implement during the remainder of 2004. Our long-term strategy and growth are dependent in part on these transactions, and we believe the resources and expenditures we have used to develop them in the short-term will generate a solid return for our shareholders in 2004 and beyond. However, we realize that no amount of strategic or developmental efforts should take our focus away from executing on a day-to-day level, and in Q1 2004 our operating team continued to perform impressively. Due to the dedication of our entire team in California, New York and Florida, we significantly surpassed our expectations for the quarter, and have raised the bar for the remainder of 2004. We feel that our results are consistent with our strategy of joining with the best-of-the-best in different geographies and market segments. We feel that our new team members at Miva, Comet and those that we are working with at Verizon certainly fit that description. We also are looking forward to the near-term closing of our announced merger with Espotting, bringing those new team members into the fold while leveraging the valuable knowledge they bring to all of our divisions, and the launch of our private label services with Mitsui and Thomas Global Register.   Throughout 2004, we will continue to seek out additional strategic opportunities, keeping a dual focus on both short-term execution and longer-term initiatives.

33.     Commenting in the release, Defendant Thune stated:

We had a terrific three months, driven by strong growth in the FindWhat.com Network™ early in the quarter. **Our top-line results were impacted positively due to recognizing revenue during at least some of the quarter from Miva, Comet and our private label deal with Verizon.** We do not intend to report revenue for each division or deal we do, but we note that in Q1 2004, the combined revenue from these three sources was less than $1 million, and the combined impact on net income per share was less than $0.01. We have now been pleasantly surprised by the growth in traffic on the FindWhat.com Network for two consecutive quarters, and while we

> may be surprised in the future, given our current run-rate, we believe it is prudent to project more modest results for the FindWhat.com Network on a sequential basis in Q2 and Q3 2004. The growth we have seen in Q4 2003 and Q1 2004 is a credit to our FindWhat.com Network team, which continues to perform at a high level for both our advertisers and our distribution partners, despite increasing responsibilities to help leverage opportunities with Miva, Comet, Espotting and our private label initiatives.

(Emphasis added.)

34.   On May 7, 2004, the Individual Defendants caused the Company to file with the SEC a Form 10-Q for the period ending March 31, 2004, containing the information released to the market in the April 26, 2004 press release. The third quarter Form 10-Q was signed by Defendant Thune, and was certified by Defendants Thune and Pisaris-Henderson pursuant to Sections 302 and 906 of the Sarbanes-Oxley Act of 2002. The Form 10-Q contained the following relevant discussion of the Company's accounting policies:

Basis of Presentation

The consolidated financial statements include the accounts and operations of FindWhat.com and its wholly owned subsidiaries.

The accompanying unaudited condensed consolidated interim financial statements reflect all adjustments, consisting of only normal and recurring items, which in the opinion of management, are necessary for a fair presentation of the results of operations for the periods shown. The results of operations for such periods are not necessarily indicative of the results expected for the full year or for any future period.

These financial statements should be read in conjunction with the consolidated financial statements and related notes included in the Company's Annual Report on Form 10-K for the year ended December 31, 2003.

Accounts Receivable

Accounts receivable are recorded at face value, less an allowance for doubtful accounts. The Company does not require collateral. The

allowance for doubtful accounts is an estimate calculated based on an analysis of current business and economic risks, customer credit-worthiness, specific identifiable risks such as bankruptcies, terminations or discontinued customers, or other factors that may indicate a potential loss. The allowance is reviewed on a monthly basis to ensure that it adequately provides for all reasonably expected losses in the receivable balances. An account may be determined to be uncollectable if all collection efforts have been exhausted, the customer has filed for bankruptcy and all recourse against the account is exhausted, or disputes are unresolved and negotiations to settle are exhausted. This uncollectable amount is written off against the allowance.

Revenues

Revenues are generated primarily through click-throughs on the Company's managed advertisers' paid listings. When an Internet user clicks on a sponsored advertisement in the FindWhat.com Network, revenues are recognized in the amount of the advertiser's bid price. Revenues also are generated from the Company's private label service and from click-throughs by Comet's users, and are recognized in accordance with the contractual revenue share payment agreement as the services are rendered and the click-throughs performed. In accordance with the guidance of Emerging Issue Task Force No. 99-19, "Reporting Revenue Gross as a Principal Versus Net as an Agent," the Company records FindWhat.com Network click-through revenues gross, and private label and Comet's click-through-related revenues net.

Revenue for software licenses is generally recognized as products are shipped. Revenue from support arrangements is recognized ratably over the contract period of the invoice. Non click-through-related revenue from Comet is recognized when earned under the terms of the contractual arrangement with the advertiser or advertising agency, provided that collection is probable.

Deferred Revenue

Deferred revenue represents advance deposits made by the Company's advertisers for future click-throughs for keyword advertisements on the FindWhat.com Network and the unearned portion of support revenues.

Goodwill and Other Intangible Assets

Intangible assets include goodwill and other identifiable intangible assets as discussed in Note C. Goodwill and intangible assets with

indefinite lives are not amortized and are reviewed for impairment on an annual basis, or more frequently if impairment indicators arise. Intangible assets with finite lives are amortized over their respective useful lives and are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be fully recoverable.

35.   On May 14, 2004, the Individual Defendants caused the Company to announce that certain executives and directors adopted Rule 10b5-1 trading programs. These plans were adopted while the Company had material weaknesses in its internal controls and failed to properly value the goodwill associated with its acquisitions. The release provided in relevant part:

> Rule 10b5-1 allows programs to be established that permit corporate insiders to prearrange purchases or sales of Company securities at a time when they are not aware of any material non-public information. Such a program typically involves establishing a written plan to buy or sell shares over a set period of time. These pre-planned trades will be executed at a later date, as set forth in the plan, without further action or oversight by the executive officer or director and without regard to any subsequent non-public information the individual might have received. A plan can provide for sales of stock on a particular date or at a particular price or a combination of both of these factors along with others. The rule allows insiders to diversify their investment portfolios and to avoid concerns about initiating stock transactions while in possession of material nonpublic information.

> FindWhat.com executive officers and directors who are adopting 10b5-1 plans at this time include, Craig A. Pisaris-Henderson, chairman, chief executive officer and president, Phillip R. Thune, chief operating officer, chief financial officer and director, Dave Rae, chief strategy officer, Tony Garcia, chief technology officer, Brenda Agius, senior vice president - finance, Jason Williams, senior vice president/general manager, merchant services, and Frederick E. Guest II, director. Under the plans currently being adopted by these individuals, an aggregate of approximately 800,000 shares of common stock may be sold from August 2004 through September 2005.

36.   On July 1, 2004, the Individual Defendants caused the Company to announce the completion of its merger with ESPOTTING Media, Inc. The press release stated:

FindWhat.com (NASDAQ: FWHT), a leading developer and provider of performance-based marketing and commerce enabling services, and ESPOTTING MEDIA, INC., a leading paid listings provider in Europe, today announced the completion of the merger between the two companies. FindWhat.com also announced the promotions of key executives and updated financial expectations for the final three quarters of 2004.

Espotting Merger

The merger of U.S. based FindWhat.com and European-based Espotting creates an international leader in performance-based marketing with operations and partnerships across the globe. The combined company offers paid listings services covering a variety of geographic and vertical marketplaces on three continents, and has relationships with over 100,000 online businesses.

"Over the past year, FindWhat.com and Espotting have begun the process of integrating our teams and sharing each other's best practices," stated Craig Pisaris-Henderson, chairman and CEO of FindWhat.com. "We are enthusiastic about the next stage of our merged company's global development as we pursue new market opportunities and innovations."

Under the terms of the merger agreement, announced June 18, 2003 and amended February 9, 2004, Espotting stockholders received 7.0 million shares of FindWhat.com common stock and approximately $11.5 million in cash, in accordance with a net asset adjustment. FindWhat.com is also issuing options to purchase approximately 700,000 shares of FindWhat.com common stock, at a weighted average exercise price of $4.71, in exchange for options and warrants held by Espotting employees and affiliates.

Executive Promotions

FindWhat.com announced the promotion of Phillip R. Thune to the position of president/chief operating officer. He has served as the Company's chief operating officer since November 2000, and he had served as chief financial officer from April 2000 through June 2004. FindWhat.com also announced the promotion of Brenda Agius to chief financial officer. She had served as the Company's senior vice president of finance since February 2004, and as the Company's vice president of finance from April 2002 to February 2004.

"Phillip and Brenda have been key assets for FindWhat.com, and today's announcement is a reflection of the important roles they have played, and will continue to play," said Pisaris-Henderson.

Update on Projected Results

On April 26, 2004 FindWhat.com issued quarterly estimates for 2004 revenue, EBITDA and adjusted pre-tax income per diluted share. FindWhat.com believes that its actual Q2 2004 results will be in line with, or slightly ahead of, the projections provided on April 26, which called for revenue of $27 million, EBITDA of $7.2 million and adjusted pre-tax income per diluted share of $0.27.

FindWhat.com believes, based upon internal estimates from Espotting, that in calendar Q2 2004 Espotting generated between $27 and $28 million of revenue, and excluding certain items, charges and benefits that in FindWhat.com's view are either one-time in nature, or are not expected to continue after the closing, Espotting generated between $1.5 million and $2.0 million of EBITDA.

37.    On July 26, 2004, the Individual Defendants caused the Company to announce record Second Quarter results. The press release stated in relevant part:

- Revenue in Q2 2004 increased 59% versus Q2 2003, in part due to recent acquisitions, and was approximately $800,000 ahead of the Company's previously-announced guidance. FindWhat.com has increased revenue sequentially for 19 consecutive quarters.

- In Q2 2004 the Company generated $7.6 million in EBITDA and $0.28 in Adjusted Pre-tax EPS, exceeding the Company's previously-announced guidance of $7.2 million and $0.27, respectively. FindWhat.com has increased Adjusted Pre-tax Income and EBITDA sequentially for 13 consecutive quarters.

FindWhat.com reported record revenue in Q2 2004 of $27.8 million versus Q2 2003 revenue of $17.5 million. For the six months ended June 30, 2004, FindWhat.com reported record revenue of $52.5 million, an increase of 57% versus revenue of $33.4 million for the same period of 2003.

FindWhat.com reported net income in Q2 2004 of $3.6 million, or $0.15 per diluted share, versus Q2 2003 net income of $2.7 million, or $0.12 per diluted share. For the six months ended June 30, 2004, FindWhat.com reported net income of $7.4 million, or $0.30 per diluted share, versus net income of $5.4 million, or $0.25 per diluted share, for the same period of 2003.

*          *          *

The Company notes that EBITDA in Q2 2004 was a record $7.6 million, an increase of 63% versus Q2 2003 EBITDA of $4.7 million. For the six months ended June 30, 2004, FindWhat.com reported record EBITDA of $14.5 million, an increase of 56% versus EBITDA of $9.3 million for the same period of 2003.

Adjusted Pre-tax Income in Q2 2004 increased 62% to a record $7.0 million, or $0.28 per diluted share, versus Q2 2003 Adjusted Pre-tax Income of $4.4 million, or $0.20 per diluted share. For the six months ended June 30, 2004, FindWhat.com's Adjusted Pre-tax Income increased 55% to a record $13.5 million, or $0.55 per diluted share, versus Adjusted Pre-tax Income of $8.7 million, or $0.41 per diluted share, for the same period of 2003.

FindWhat.com has acquired three businesses in the first six months of 2004: Miva on January 1; Comet Systems on March 22; and B&B Enterprises on June 4. Accordingly, FindWhat.com's results for the three months ended June 30, 2004 include the operations of Miva and Comet Systems for the entire second quarter, and B&B's results for the approximate one-month period since its closing. FindWhat.com's results for the six months ended June 30, 2004 include the operations of Miva for the entire period, but only include the results of Comet Systems and B&B from the dates of their respective closings. In addition, as previously announced, FindWhat.com closed its merger with Espotting Media on July 1, 2004; therefore, Espotting's operations are not reflected in FindWhat.com's consolidated balance sheet as of June 30, 2004 or its results for the three or six months ended June 30, 2004. FindWhat.com notes that in Q1 2004, Miva and Comet contributed less than $1 million to the Company's reported consolidated revenue. In Q2 2004, Miva, Comet and B&B contributed less than $4 million to the Company's reported consolidated revenue. The operations of Miva, Comet and B&B are being integrated with FindWhat.com; accordingly, their future stand-alone impact may be difficult to isolate.

(Emphasis added.)

38.    Commenting, Defendant Pisaris-Henderson stated:

We are very pleased with our performance in Q2 2004 - with both our record financial results and our continued progress on the transformation of our business as we continue to integrate the four complementary strategic transactions we have closed in 2004. In December 2003, we were a company of 161 team members with one core offering in the United States. Today, just seven months later, we offer multiple products and services throughout the world, with a team of approximately 440 individuals. In the first few weeks of Q3 2004, we

already have closed on our merger with Espotting and officially launched our private label service in Japan with Mitsui. It is a testament to the quality of our team that we continue to deliver outstanding financial performance and execute on our plans while dramatically expanding our resources, diversifying our sources of revenue, and increasing the opportunities before us.

2004 Guidance

FindWhat.com currently expects full year 2004 revenue between $167.5 and $179.5 million, EBITDA between $33.4 and $35.4 million and Adjusted Pre-tax Income per diluted share between $1.05 and $1.13, which assumes approximately 29.1 million average diluted shares outstanding.

39.     Defendant Agius stated in the release:

This is an exciting time for our Company as we bring highly talented people together and evaluate the opportunities created by the four transactions we have completed this year. While some opportunities will take time and resources to develop and implement, others, like sharing contacts and cross-promoting our services, already are having an impact. These new initiatives are one reason we believe each of our divisions can increase revenue from Q2 2004 to Q3 2004, despite the seasonal softness typical in the summer months when individual Internet usage usually declines. Our private label service, which is currently live with Lycos, Verizon SuperPages.com and Mitsui, and in a live test with ThomasB2B.com, should also contribute to our growth. As our private label initiatives mature we expect that their contribution to our current operations could approach 5% of our EBITDA by late 2005; however, we believe the revenue we recognize from our current private label partnerships will remain less than 5% of the Company's total revenue in 2004 and 2005.

40.     On August 6, 2004, the Individual Defendants caused the Company to file with the SEC a Form 10-Q for the period ending June 30, 2004, containing the information released to the market in the July 26, 2004 press release. The second quarter Form I0-Q was signed by Defendant Brenda Agius, and was certified by Defendants Agius and Pisaris-Henderson pursuant to Sections 302 and 906 of the Sarbanes-Oxley Act of 2002.

41.     On November 1, 2004, the Individual Defendants caused the Company to

issue the following press release titled "Findwhat.Com Announces Record Third Quarter

Results: - Revenue of $58.3 Million; EBITDA of $11.2 Million; FY2004 EBITDA

Guidance Raised"

- In Q3 2004 the Company generated $58.3 million in revenue, an increase of 227% versus Q3 2003, due to both recent mergers and acquisitions and growth from existing operations, and was within the range of the Company's previously-announced revenue guidance of $55 to $60 million. FindWhat.com has increased revenue sequentially for 20 consecutive quarters.

- In Q3 2004 the Company generated $11.2 million in EBITDA and $0.32 in Adjusted Pre-tax EPS, exceeding the Company's previously announced guidance of $8.7 to $9.7 million, and $0.23 to $0.27, respectively. EBITDA increased 129% versus Q3 2003. FindWhat.com has increased EBITDA and Adjusted Pre-tax Income sequentially for 14 consecutive quarters.

- Full year financial guidance for 2004 EBITDA has been raised.

- Completion of the Espotting Media Inc. transaction expands FindWhat.com's global presence to three continents. Results from Espotting are included in the consolidated results of FindWhat.com from the date of the merger: July 1, 2004.

- Espotting transaction accretive to earnings in first full quarter of inclusion.

- Cash and cash equivalents at September 30, 2004 were approximately $46.2 million.

Craig Pisaris-Henderson, chairman and chief executive officer of FindWbat.com, stated, "This was truly a historic quarter for FindWhat.com as we continued to execute our global plan. In Q3 2004 we achieved record revenue and earnings, meeting and in some areas, greatly exceeding, our expectations. We completed the Espotting transaction, expanding our operations into eight European countries, and helped Mitsui launch a paid listings service in Japan, establishing one of the largest global footprints within our sector. We also are pleased to announce that Espotting's financial results were accretive to our earnings in Q3 2004, and that both our U.S. and European divisions grew revenue sequentially in the third quarter. I believe that the results announced today demonstrate our global

team's ability to focus on building our business, while simultaneously integrating two large operations."

\*        \*        \*

FindWhat.com reported record revenue in Q3 2004 of $58.3 million versus Q3 2003 revenue of $17.8 million. For the nine months ended September 30, 2004, FindWhat.com reported record revenue of $110.7 million, an increase of 116% compared with revenue of $512 million for the same period in 2003.

FindWhat.com reported record net income in Q3 2004 of $4.8 million, or $0.15 per diluted share, an increase of 72% compared to Q3 2003 net income of $2.8 million, or $0.12 per diluted share. For the nine months ended September 30, 2004, FindWhat.com reported record net income of $12.3 million, or $0.46 per diluted share, versus net income of $8.2 million, or $0.37 per diluted share, for the same period in 2003.

EBITDA in Q3 2004 was a record $11.2 million, an increase of 129% versus Q3 2003 EBITDA of $4.9 million. For the nine months ended September 30, 2004, FindWhat.com reported record EBITDA of $25.6 million, an increase of 81% compared with EBITDA of $14.2 million for the same period in 2003.

In Q3 2004 Adjusted Pre-tax Income increased 123% to a record $10.2 million, or $0.32 per diluted share, versus Q3 2003 Adjusted Pre-tax Income of $4.6 million, or $0.20 per diluted share. For the nine months ended September 30, 2004, FindWhat.com's Adjusted Pre-tax Income increased 78% to a record $23.7 million, or $0.88 per diluted share, compared with Adjusted Pre-tax Income of $13.3 million, or $0.60 per diluted share, for the same period in 2003.

\*        \*        \*

FindWhat.com has acquired five businesses in the first nine months of 2004: Miva® (which recently acquired the assets of MvCool) on January 1; Comet Systems on March 22; B&B Enterprises on June 4; and Espotting on July 1. Accordingly, FindWhat.com's results for the three months ended September 30, 2004 include the operations of Miva, Comet, B&B and Espotting for the entire period. FindWhat.com's results for the nine months ended September 30, 2004 include the operations of Miva for the entire period, but only include the results of Comet, B&B, and Espotting from the dates of their respective acquisitions. In Q1 2004, Miva and Comet contributed less than $1 million to the Company's reported consolidated revenue; in Q2 2004, Miva, Comet and B&B contributed less than $4 million; and in Q3 2004, Miva, Comet, and B&B contributed approximately $5 million to

the reported consolidated revenue. Espotting contributed approximately $28.3 million to the Company's consolidated Q3 2004 revenue. In the future, the Company believes that the recognition of revenue by various divisions will not be comparable from period to period given opportunities to direct revenue from one division to another; for example, by targeting paid listings based on the Internet user's location, rather than the home country of the distribution partner.

\*          \*          \*

2004 Guidance

FindWhat.com currently expects full year 2004 revenue between $168.8 and $175.8 million, EBITDA between $36.6 and $38.6 million, Adjusted EPS between $0.70 and $0.73, and EPS between $0.60 and $0.63, which assumes approximately 28.7 million average diluted shares outstanding.

42.     On November 9, 2004, the Individual Defendants caused the Company to file with the SEC a Form 10-Q for the period ending September 30, 2004, containing the information released to the market in the November 1, 2004 press release. The second quarter Form 10-Q was signed by Defendant Brenda Agius, and was certified by Defendants Agius and Pisaris-Henderson pursuant to Sections 302 and 906 of the Sarbanes-Oxley Act of 2002.

43.     On February 23, 2005, the Individual Defendants caused the Company to issue announce its fourth quarter and annual results for the period ending December 31, 2004. The release stated:

- Revenues were $59 million in the fourth quarter, an increase of 179% over the same period in 2003.

- EBITDA was $11.5 million in the fourth quarter, excluding a fourth quarter non-cash goodwill impairment charge, an increase of 94% over the same period in 2003.

- Adjusted EPS was $0.19 per diluted share and GAAP-basis BPS was $0.15 per diluted share for the fourth quarter. Both Adjusted EPS and GAAP-basis EPS reflect a reduction of $0.03 per diluted share related to a non-cash goodwill impairment charge recorded in