UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRUCE VERDUYN, derivatively on behalf of nominal defendant, MIVA, Inc., formerly known as Findwhat.Com.Inc.,

    Plaintiff,

vs.    Case No. 2:05-cv-352-FtM-29DNF

CRAIG PISARIS-HENDERSON, BRENDA AGIUS, FREDERICK E. GUEST, II, PHILLIP R. THUNE, SEBASTIAN BISHOP, DANIEL B. BREWSTER, JR., GERALD W. HEPP, CHARLES ROTHSTEIN, LEE SIMONSON, MIVA, INC., formerly known as Findwhat.Com, Inc.,

    Defendants.
_____

**ORDER**

This matter came before the Court on a July 13, 2007 telephonic conference with counsel regarding the parties' Stipulation to Continue Stay (Doc. #37) filed on July 10, 2007.

On February 3, 2006, the Court granted a prior stipulation and continued the stay of this case pending a resolution of the Motion to Dismiss the Amended Complaint in 2:05-cv-201-FTM-29DNF ("the Securities Action"). (Doc. #27.) In compliance with the Order, a Notice of Entry of Decision (Doc. #30) was filed indicating the entry of a decision, and a response to the Verified Shareholder

Derivative Complaint (Doc. #1) was filed in the form of a motion to dismiss.

During the telephonic conference, the parties agreed to an administrative closure of the case, pending notification that plaintiff seeks to have the case reopened and proceed subject to the terms of the stipulation.

Accordingly, it is now

**ORDERED:**

1. The parties' Stipulation to Continue Stay (Doc. #37) is **GRANTED** to the extent that the case is administratively closed pending notification by counsel for plaintiff that the case is due to be reopened, and with the following terms:

   a. Subject to the entry of an appropriate protective order, Defendants will provide Plaintiff with copies of all documents they produce in the Securities Action and copies of all transcripts of deposition testimony taken in the Securities Action; and

   b. Plaintiff agrees that he will not use the information from discovery produced in the Securities Action to amend his Complaint or to oppose Defendants' Motion to Dismiss when the case is reopened.

2. The Clerk shall administratively close the case, and terminate all pending motions, including the Motion to Dismiss (Doc. #32), and any previously scheduled deadlines.

3. Upon notification that the case may proceed, the requirement to file a response to the motion to dismiss or a Joint Case Management Report will be due **THIRTY (30) DAYS** after the case is reopened.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of July, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record
DCCD